**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JESSIE HERNANDEZ,**
        **Plaintiff,**

**vs.**                                                    **CASE NO.: 5:07cv203/MCR/MD**

**E. GRAY,**
        **Defendant.**

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*.  Plaintiff was granted leave to proceed *in forma pauperis* and given thirty days to submit the assessed filing fee of $18.00.  After receiving no payment from plaintiff, an order was entered giving plaintiff twenty days to pay the fee or risk dismissal of his complaint.  To date, plaintiff has made no payment toward his filing fee or explained his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.


At Pensacola, Florida, this 17th day of December, 2007.


/s/ *Miles Davis*
    **MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 5:07cv203/MCR/MD*